UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY RICHARD QUAIR, SR.,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF SUPERVISORS, et al.,<br><br>Defendants. | No. 1:19-cv-00993-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Plaintiff Sammy Richard Quair is a former county jail inmate proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2020, the assigned magistrate judge screened plaintiff's complaint and determined that it failed to state a cognizable claim for relief. (Doc. No. 8.) Plaintiff was granted leave to file an amended complaint within thirty (30) days to attempt to cure the deficiencies identified by the magistrate judge. (*Id.*) Plaintiff was warned that his failure to file an amended complaint in compliance with the order would result in a recommendation for dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim. (*Id.* at 14.) Plaintiff did not file an amended complaint or otherwise communicate with the court.

Accordingly, on May 18, 2020, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28

U.S.C. § 1915A, failure to obey a court order, and failure to prosecute. (Doc. No. 10.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 15.) No objections have been filed, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 18, 2020 (Doc. No. 10) are adopted;
2. This action is dismissed, with prejudice, due to plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 11, 2020**

UNITED STATES DISTRICT JUDGE